IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICK EDOUARD** : | |
|    Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-CV-1180 |
| : | |
| **400 WALNUT LANE LLC**, *et al.*, : | |
|    Defendants. : | |

## ORDER

**AND NOW**, this 14th day of March, 2025, upon consideration of *pro se* Plaintiff Patrick Edouard's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) and Complaint (Doc. No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the accompanying Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

                                            */s/ Karen Spencer Marston*
                                            KAREN SPENCER MARSTON, J.